# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROYSTON DERRICK,

    Petitioner,

v.

WILLIAM BARR, et al.,

    Respondents.

Case No. C19-1826-RAJ-MLP

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Petitioner's unopposed motion for extension of time (dkt. # 12) is GRANTED. Petitioner shall file his response to the Government's motion to dismiss by January 13, 2020. The Clerk shall RE-NOTE the motion to dismiss (dkt. # 9) for January 17, 2020, and send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 7th day of January, 2020.

*(signature)*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME - 1